CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>   Plaintiff,<br><br>   v.<br><br>PS BUSINESS PARKS, L.P, a California Limited Partnership; GRANVILLE RESTAURANT PARTNERS, LLC, a California Limited Liability Company; and Does 1-10,<br><br>   Defendants. | **Case:** 2:19-CV-05873-VAP-JPR<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i) |

PLEASE TAKE NOTICE that Plaintiff Brian Whitaker, hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants PS Business Parks, L.P and Granville Restaurant Partners, LLC has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: October 15, 2019      CENTER FOR DISABILITY ACCESS

                By:   /s/ Amanda Lockhart Seabock
                      Amanda Lockhart Seabock
                      Attorneys for Plaintiff